# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CASEY W. SIMMONS**                                                            **PLAINTIFF**

V.                  No. 3:21-CV-00111-ERE

**COMMISSIONER OF SOCIAL SECURITY**                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for the Commissioner and this case is closed.

IT IS SO ORDERED this 9th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE